IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MALONE, JR., <br> AIS # 292690, <br><br> Plaintiff, <br><br> v. <br><br> WISENET, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 2:21-cv-502-RAH-KFP <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On August 22, 2022, the Magistrate Judge recommended that this case be dismissed. (Doc. 9.)  No objections to the Magistrate Judge's Recommendation have been filed.  Upon this Court's review and consideration of the record, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Recommendation (Doc. 9) is ADOPTED;

2. This case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE, on this the 19th day of September, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE